IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| HILARY PHILLIPS, | * | |
| Plaintiff, | * | |
| v. | * | Civil No.: PX-19-00653 |
| STATE OF MARYLAND, ET AL. | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## **ORDER**

Upon consideration of Plaintiff's Motion for Leave to File Amended Complaint, Defendants' Opposition, and any Reply or argument pertaining thereto, it is this \_\_\_\_ day of _____, 2019, by the United States District Court for the District of Maryland, **ORDERED**, that:

1. Plaintiff's motion be and hereby is **DENIED**; and

2. Plaintiff's Complaint be and hereby is **DISMISSED WITH PREJUDICE**.

_____
Hon. Paula Xinis
United States District Judge