IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| HILARY PHILLIPS, | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No. 8:19-cv-00653-PX |
| STATE OF MARYLAND, *et al*, | * | |
| Defendants. | * | |

***

## ORDER

For the reasons stated in the foregoing Memorandum Opinion, it is this 11th day of December 2019, by the United States District Court for the District of Maryland, ORDERED that:

1. The Motion for Leave to File Amended Complaint (ECF No. 8) filed by Plaintiff Hilary Phillips is GRANTED;

2. Based on the identical arguments articulated in Defendants' original Motion to Dismiss (ECF No. 3) and Defendants' opposition to Plaintiff's Motion for Leave to File Amended Complaint (ECF No. 9), the Court DISMISSES the Amended Complaint with prejudice.

3. The Motion to Dismiss the original Complaint (ECF No. 3) is DENIED as moot;

4. The Clerk is directed to TRANSMIT copies of the foregoing Memorandum Opinion and this Order to the parties; and to CLOSE this case.

12/11/2019_____          _____/s/_____
Date                                                                            Paula Xinis
                                                                                      United States District Judge